# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 11-00754-CV-W-NKL |
| ) | |
| COLT, MODEL DETECTIVE SPECIAL, ) | |
| REVOLVER, CAL: 38, SN: 33113M, ) | |
| ) | |
| BOITO/ER AMANTINO/IGA, MODEL ) | |
| 151, SHOTGUN, CAL: 12, SN: 810079, ) | |
| ) | |
| WINCHESTER, MODEL 70, RIFLE, ) | |
| CAL: 7, SN: G1128393, ) | |
| ) | |
| RUGER, MODEL CARBINE, RIFLE, ) | |
| CAL: 44, SN: 1001085, ) | |
| ) | |
| SHAPLEIGHS, MODEL BLACK PRINCE, ) | |
| SHOTGUN, CAL: 16, SN: 12773; ) | |
| ) | |
| MARLIN FIREARMS CO., MODEL 75, ) | |
| RIFLE, CAL: 22, SN: 72217351, ) | |
| ) | |
| and ) | |
| ) | |
| TEN ROUNDS OF ASSORTED ) | |
| AMMUNITION, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DEFAULT JUDGMENT OF FORFEITURE

Plaintiff, United States of America, has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a final judgment by default. Plaintiff has shown that there was reasonable cause for seizure of the defendant properties, that a complaint for forfeiture was filed, that all known potential claimants were served with process, and that any

and all other claimants have been served by publication. However, no potential claimant has filed a timely claim to the defendant properties. Therefore, it is hereby

ORDERED, ADJUDGED AND DECREED:

(1) that a default judgment of forfeiture is hereby entered against the defendant propertieszx;

(2) that all persons claiming any right, title or interest in or to the defendant properties are held in default;

(3) that all claims and interests in the defendant properties are forever foreclosed and barred;

(4) that the defendant properties are hereby forfeited to the United States of America pursuant to 18 U.S. C. § 924(d);

(5) that the defendant properties shall be disposed of according to law.

(6) that the Clerk of the Court shall enter a judgment consistent with this order.


SO ORDERED, this  16th  day of November, 2011.

s/ NANETTE K. LAUGHREY
Nanette K. Laughrey
United States District Judge